AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**

~~HARRISBURG, PA~~

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

NOV **1 8** 2011

MARY E. D'ANDREA, CLERK

Per _____

Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JAMES A. BROWN, JR. | ) | Case No. 11-MJ-139 |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 14, 2011 _____ in the county of _____ Dauphin _____ in the

_____ Middle _____ District of _____ Pennsylvania _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. SECTION 3146(a)(2) | Failure to appear/fugitive |

This criminal complaint is based on these facts:

I am a duly appointed Deputy United States Marshal, serving in such a capacity since 2003.  I am currently assigned to the Middle District of Pennsylvania.  As a Deputy U.S.

(con't)

☑ Continued on the attached sheet.

_____
Complainant's signature

PHILIP R. LEWIS, DEPUTY U.S. MARSHAL
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ 11/18/2011 _____

_____
Judge's signature

City and state: _____ HARRISBURG, PA _____

J. ANDREW SMYSER, U.S. MAGISTRATE JUDGE
Printed name and title