**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 868

HARRISBURG, PA. 17108-0868

SYLVIA H. RAMBO
JUDGE

Telephone (717) 221-3960

December 12, 2013

James Brown
No. 08177-067
United States Penitentiary
PO Box 2000
Bruceton Mills, WV 26505

    Re:   United States v. Brown
           Case No. 1:12-CR-045

Dear Mr. Brown:

The court is in receipt of your dated letter dated December 7, 2013 addressed to the Clerk of Court. Please be advised that your judgment and commitment form shows that you were sentenced to 18 months to be served <u>consecutively</u> to the un-discharged term of imprisonment imposed for supervised release violations on docket number 1:CR-95-285-01. I have enclosed a copy of the Judgement and Commitment for your records.

                      Sincerely,

                      Sylvia H. Rambo
                      United States District Judge

Enclosure
cc:    File